**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

KEVIN DICK,

Petitioner,

v.

STRIKE MASTER FUND V LLC,

Respondent.

Case No. 2:26-cv-04138-HDV (SSCx)

**FINAL JUDGMENT**

Pursuant to the Court's Order [Dkt. 36] granting Respondent Strike Master Fund V LLC's ("Strike") Cross-Motion to Confirm Arbitration Award [Dkt. 9], denying Petitioner Kevin Dick's ("Dick") Petition to Vacate Arbitration Award [Dkts. 1, 15], and confirming the February 23, 2026 Final Award in *Strike Master Fund V LLC v. Kevin Dick*, AAA Case No. 01-24-0007-6378 [Dkt. 15-2, at Ex. 2] (the "Award") and the Court's Order [Dkt. 38] awarding Strike attorneys' fees, costs and expenses in the amount of $314,898.96 as the prevailing party, IT IS HEREBY ORDERED, ADJUDGED, and DECREED as follows:

1. The Court enters final judgment in favor of Strike and against Dick in the amount of $7,578,466.30, consisting of the $7,263,567.34 Award and $314,898.96 in attorneys' fees, costs and expenses, plus:
    a. Post-Award, pre-judgment interest in the amount of $1,691.52 *per diem*, as set forth in the Award, from the date of the Award until the date of this judgment.
2. Post-judgment interest shall accrue at the legal rate pursuant to 28 U.S.C. § 1961 until the judgment is paid in full.

Dated: November 4, 2026

Hon. Hernán D. Vera
United States District Judge